UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**Fuchs**,

        Plaintiffs,

   -against-

**LC Carmel Retail LLC et al,**

        Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

**7:24 cv 4147 KMK-VR**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/2025

**VICTORIA REZNIK, United States Magistrate Judge:**

  A Status Conference (via telephone) is hereby scheduled for **January 16, 2025 at 10:30 am** to discuss the status of discovery**.**  The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference.

  **SO ORDERED.**

DATED:  White Plains, New York
      January 10, 2025

              _____
              VICTORIA REZNIK
              United States Magistrate Judge