UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Fuchs,

                              Plaintiffs,

          -against-

CVS Pharmacy Inc. et al.,

                            Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:24-cv-4147 KMK  VR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/10/2025

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **March 18, 2025 at 10:30 am.**  The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference.  At the Status Conference, the parties should be prepared to discuss the following:  **March 7, 2025 letter at DE #34**.

      SO ORDERED.

DATED:    White Plains, New York
               March 10, 2025

_____
VICTORIA REZNIK
United States Magistrate Judge